**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-11-2177 |
| v. | (JUDGE CAPUTO) |
| PHILIP A. GOLDSTEIN and SHARON A. GOLDSTEIN, | |
| Defendants. | |

## ORDER

**NOW**, this 21st day of November, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff United States of America's Motion for Summary Judgment (Doc. 10) is **GRANTED**.

(2) The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff United States of America and against Defendants Philip A. Goldstein and Sharon A. Goldstein on Count I of the Complaint (Doc. 1) in the amount of $288,138.75, plus interest that has accrued thereon from October 8, 2012, plus interest accruing from the date of judgment until paid.

(3) The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff United States of America and against Defendant Philip A. Goldstein on Count II of the Complaint (Doc. 1) in the amount of $264,443.48, plus interest that has accrued thereon from October 8, 2012, plus interest accruing from the date of judgment until paid.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge